ROBERT BLUME, an Infant, by WILLIAM F. BLUME, His Guardian ad Litem, Appellant, *v.* CITY OF NEWBURGH, Respondent, et al., Defendants.

Submitted October 4, 1943; decided October 14, 1943.

*Hiram B. Odell, Jr., Corporation Counsel,* for motion to dismiss appeal and in opposition to appellant's motion to prosecute appeal as a poor person.

*Henry Hunter* for motion by appellant to prosecute appeal as a poor person and in opposition to motion to dismiss appeal.

Motion by respondent to dismiss appeal denied, without costs.

Motion by appellant for leave to prosecute appeal as a poor person granted.